UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON BROOKFIELD,<br><br>           Petitioner,<br><br>    v.<br><br>JAMES YATES, Warden,<br><br>           Respondent. | Case No.: 1:11-cv-00357-AWI-JLT<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION FOR STATUS REPORT (Doc. 43) |

Petitioner was a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 12, 2013, the Court issued Findings and Recommendations to deny the petition on its merits. (Doc. 34). Petitioner appealed this interlocutory order, resulting in a six month delay in proceedings until the Ninth Circuit dismissed the appeal and remanded the case to the district court for further proceedings. (Doc. 41). On June 11, 2014, the Ninth Circuit issued its mandate, thus returning jurisdiction to this Court. (Doc. 42). The following day, Petitioner filed the instant motion for a status report. (Doc. 43). On July 22, 2014, the district court adopted the Findings and Recommendations, entered judgment, and closed the case. (Doc. 44; 45). Judgment having been entered, Petitioner's motion for a "status report" is moot.

///

///

1

**ORDER**

For the foregoing reasons, it is HEREBY ORDERED that Petitioner's motion for a status report (Doc. 43), is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **January 29, 2015**              /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE